

United States Government

**NATIONAL LABOR RELATIONS BOARD**
**OFFICE OF THE GENERAL COUNSEL**

Washington, D.C. 20570

April 6, 2015

Mark J. Langer, Esquire
Clerk, United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 5423
Washington, DC  20001-2866

      Re:  D.C. Cir. Nos. 15-1034 and 15-1045--Heartland-
           Plymouth Court MI, LLC d/b/a Heartland Health
           Care Center-Plymouth Court v. NLRB
           Board Case No. 07-CA-070626

Dear Mr. Langer:

    I am enclosing an original and four copies of the certified list of the contents of the agency record in this case. I am serving a copy of the list on the counsel named below.

           Very truly yours,

           *Linda Dreeben*
           Linda Dreeben
           Deputy Associate General Counsel
           NATIONAL LABOR RELATIONS BOARD
           1099 14th Street, N.W.
           Washington, D.C.  20570
           (202) 273-2960

Encls.
cc: Charles Roberts III, Esquire
    Clifford H. Nelson Jr., Esquire

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

HEARTLAND-PLYMOUTH COURT MI, LLC )
D/B/A HEARTLAND HEALTH CARE )
CENTER-PLYMOUTH COURT )
    Petitioner / Cross-Respondent )
)
v. ) Nos. 15-1034 and 15-1045
)
NATIONAL LABOR RELATIONS BOARD )
    Respondent / Cross-Petitioner )

CERTIFIED LIST OF THE NATIONAL LABOR RELATIONS BOARD

Pursuant to authority delegated in Section 102.115 of the National Labor Relations Board's Rules and Regulations, 29 C.F.R. § 102.115, I certify that I am transmitting all documents, transcripts of testimony, exhibits, and other material constituting the record before the Board in Case Heartland-Plymouth Court MI, LLC d/b/a Heartland Health Care Center-Plymouth Court, Case No. 07-CA-070626.

*Gary Shinners* (signature)
Gary Shinners
Executive Secretary
National Labor Relations Board
1099 14th Street, NW
Washington, D.C. 20570
(202) 273-2960

April 6, 2015

<u>VOLUME I</u> - Transcript of Testimony                                <u>Pages</u>
                    01.15.13                                                              1-82

<u>VOLUME II</u>- General Counsel's Exhibits
                    1(a) thru 1(h)
                    2 thru 4

                    Respondent's Exhibits
                    1 thru

                    Joint Exhibits
                    1 and 2

<u>VOLUME III</u> -Pleadings

| <u>Date</u> | <u>Documents</u> | <u>Pages</u> |
|---|---|---|
| 03.12.13 | Administrative Law Judge's Decision | 1-12 |
| 03.12.13 | Order Transferring Proceeding to the National Labor Relations Board (with attachment) | 1-6 |
| 03.27.13 | Respondent's Request for Extension of Time to File Exceptions to the Administrative Law Judge's Decision | 1-2 |
| 03.27.13 | Board's Order Granting Respondent Extension of Time to File Exceptions to the Administrative Law Judge's Decision | 1 |
| 04.16.13 | Respondent's Exceptions to the Administrative Law Judge's Decision | 1-7 |
| 04.18.13 | Deputy Regional Attorney's Letter Advising that the Acting General Counsel is Requesting an Extension of Time to File an Answering Brief to the Respondent's Exceptions to the Administrative Law Judge's Decision | 1-2 |
| 04.22.13 | Board's Letter Granting Request for Extension of Time to File Answer Brief | 1 |

## VOLUME III -Pleadings

| Date | Documents | Pages |
|---|---|---|
| 05.24.13 | General Counsel's Answering Brief to Respondent's Exceptions to the Administrative Law Judge's Decision | 1-25 |
| 07.15.13 | Decision and Order (359 NLRB No. 155) | 1-9 |
| 06.27.14 | Board's Order Stating that it Will Retain this Case on its Docket and Take Further Action as Appropriate | 1 |
| 01.29.15 | Decision and Order (362 NLRB No. 3) | 1-2 |

# CHRONOLOGICAL LIST OF RELEVANT DOCKET ENTRIES

In Matter of: Heartland-Plymouth Court MI, LLC d/b/a Heartland Health Care Center-Plymouth Court

Board Case No: 07-CA-070626

| Date | Documents |
|---|---|
| 12.13.11 | Charge |
| 11.27.12 | Complaint and Notice of Hearing |
| 12.10.12 | Respondent's Answer to Complaint and Notice of Hearing |
| 01.04.13 | Order Rescheduling Trial |
| 01.15.13 | Hearing Opened / Closed |
| 03.12.13 | Administrative Law Judge's Decision |
| 03.12.13 | Order Transferring Proceeding to the National Labor Relations Board (with attachment) |
| 03.27.13 | Respondent's Request for Extension of Time to File Exceptions to the Administrative Law Judge's Decision |
| 03.27.13 | Board's Order Granting Respondent Extension of Time to File Exceptions to the Administrative Law Judge's Decision |
| 04.16.13 | Respondent's Exceptions to the Administrative Law Judge's Decision |
| 04.18.13 | Deputy Regional Attorney's Letter Advising that the Acting General Counsel is Requesting an Extension of Time to File an Answering Brief to the Respondent's Exceptions to the Administrative Law Judge's Decision |
| 04.22.13 | Board's Letter Granting Request for Extension of Time to File Answer Brief |

| | |
|---|---|
| 04.24.13 | General Counsel's Answering Brief to Respondent's Exceptions to the Administrative Law Judge's Decision |
| 07.15.13 | Decision and Order (359 NLRB No. 155) |
| 06.27.14 | Board's Order Stating that it Will Retain this Case on its Docket and Take Further Action as Appropriate |
| 01.29.15 | Decision and Order (362 NLRB No. 3) |

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

HEARTLAND-PLYMOUTH COURT MI, LLC )
D/B/A HEARTLAND HEALTH CARE )
CENTER-PLYMOUTH COURT )
    Petitioner / Cross-Respondent )
)
v. ) Nos. 15-1034 and 15-1045
)
NATIONAL LABOR RELATIONS BOARD )
    Respondent / Cross-Petitioner )

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Linda Dreeben
Linda Dreeben
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1099 14th Street, N. W.
Washington, D. C. 20570
(202) 273-2960

April 6, 2015